# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Susan E. | US District Court | 07/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

219 South Dearborn Ave.
Room 1334
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/20-12/20 | Servier Pharmaceuticals LLC - Salary & Bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 3. US Employees Credit Union Account | A | Interest | J | T | | | | | |
| 4. Baxter Int'l Common Stock | C | Dividend | M | T | | | | | |
| 5. Takeda Pharmaceutical Common Stock | C | Dividend | M | T | | | | | |
| 6. Edward Lifesciences Common | | None | L | T | | | | | |
| 7. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 8. TAKEDA SAVINGS & RETIRE PLAN (H) | | | | | | | | | |
| 9. - Takeda Pharmaceutical Common Stock | B | Dividend | | | Merged (with line 151) | 10/08/20 | K | | |
| 10. - FIAM Target Date 2030 Fund | D | Int./Div. | | | Sold | 10/01/20 | P1 | G | |
| 11. TAKEDA ESPP STOCK PLAN (H) | | | | | | | | | |
| 12. - Takeda Pharmaceutical Common Stock | A | Dividend | K | T | | | | | |
| 13. SERVIER PHARMACEUTICALS 401K PLAN (H) | | | | | | | | | |
| 14. - Vanguard Target Rmt 2030 Fund | B | Int./Div. | M | T | Buy (add'l) | 12/31/20 | K | | |
| 15. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 16. - Alibaba Group | | None | K | T | | | | | |
| 17. - Amazon.com | | None | K | T | Sold (part) | 09/09/20 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Apple Inc | A | Dividend | J | T | Sold (part) | 09/09/20 | K | D | |
| 19.  - Baidu Inc | | None | K | T | | | | | |
| 20.  - Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 21.  - Enterprise Products LP | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 22.  - Fidelity Blue Chip Value | A | Dividend | J | T | | | | | |
| 23.  - Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 24.  - Fidelity Convertible Securities | A | Int./Div. | J | T | | | | | |
| 25.  - Fidelity Short Term Bond Fund | A | Interest | J | T | | | | | |
| 26.  - Fidelity Advisor Convertible Bond Fund | D | Interest | L | T | Buy | 09/09/20 | L | | |
| 27.  - Fidelity Advisor Total Bond Fund | B | Interest | L | T | Buy | 09/09/20 | L | | |
| 28.  - Fidelity High Income Bond Fund | A | Interest | K | T | Buy | 09/09/20 | K | | |
| 29.  - Fidelity Investment Grade Bond Fund | A | Interest | J | T | Buy | 09/09/20 | J | | |
| 30.  - Fidelity Total Bond Fund | A | Interest | J | T | Buy | 09/09/20 | J | | |
| 31.  - Invesco QQQ ETF | A | Dividend | | | Sold | 09/09/20 | L | E | |
| 32.  - Las Vegas Sands Corp | A | Dividend | | | Sold | 09/09/20 | J | A | |
| 33.  - Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 34.  - Market Vectors Gaming ETF | A | Dividend | | | Sold | 09/09/20 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Robotics & Automation ETF | A | Dividend | J | T | | | | | |
| 36.   - S&P 500 ETF | A | Dividend | L | T | Sold<br>(part) | 09/09/20 | K | B | |
| 37.   - Starbucks | A | Dividend | J | T | | | | | |
| 38.   - SPDR Gold Trust | | None | J | T | Buy | 09/09/20 | J | | |
| 39.   BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 40.   - Alphabet | | None | K | T | | | | | |
| 41.   - Amazon.com | | None | K | T | | | | | |
| 42.   - Apple Inc | A | Dividend | K | T | | | | | |
| 43.   - Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 44.   - Boeing Bond 8.75% 8-15-21 | A | Interest | J | T | | | | | |
| 45.   - Caterpillar Inc | A | Dividend | K | T | | | | | |
| 46.   - Cummins Inc | A | Dividend | | | Sold | 06/15/20 | J | A | |
| 47.   - CVS Caremark | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 48.   - Disney Walt Co | A | Dividend | K | T | | | | | |
| 49.   - Fidelity Blue Chip Value | A | Dividend | | | Sold | 10/28/20 | K | A | |
| 50.   - Fidelity Convertible Securities | B | Int./Div. | K | T | | | | | |
| 51.   - Fidelity Emerging Markets | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Fidelity International Growth | A | Dividend | K | T | Sold<br>(part) | 10/28/20 | K | C | |
| 53. - Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 54. - Fidelity Select Healthcare | B | Dividend | J | T | Sold<br>(part) | 01/06/20 | J | B | |
| 55. - Fidelity Short Term Bond Fund | A | Interest | J | T | Buy | 09/09/20 | J | | |
| 56. - Fidelity Total Bond Fund | A | Interest | K | T | | | | | |
| 57. - Fidelity Utilities | A | Dividend | K | T | | | | | |
| 58. - Invesco QQQ Trust | B | Dividend | L | T | Sold<br>(part) | 10/28/20 | L | E | |
| 59. - Keycorp Note 2.9% 9-15-20 | A | Interest | | | Matured | 09/15/20 | J | A | |
| 60. - Las Vegas Sands | A | Dividend | | | Sold | 06/15/20 | J | A | |
| 61. - Mainstay High Yield Muni | A | Interest | J | T | Sold<br>(part) | 01/06/20 | J | A | |
| 62. - Mastercard | A | Dividend | K | T | | | | | |
| 63. - Matthews Asia Dividend | A | Dividend | K | T | | | | | |
| 64. - Matthews Asia Growth Investor | A | Dividend | K | T | | | | | |
| 65. - Microsoft | A | Dividend | K | T | | | | | |
| 66. - Oakmark International Fund | A | Dividend | | | Sold | 04/06/20 | K | A | |
| 67. - S&P 500 ETF | C | Dividend | L | T | Sold<br>(part) | 10/28/20 | M | E | |
| 68. - SPDR S&P Homebuiders ETF | A | Dividend | K | T | Buy | 09/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - SPDR Gold Trust | | None | K | T | | | | | |
| 70.  - Target Corp | A | Dividend | J | T | | | | | |
| 71.  - United Parcel Service | A | Dividend | K | T | | | | | |
| 72.  - Vanguard Dividend Growth | A | Dividend | K | T | | | | | |
| 73.  - Vanguard Wellesley Income | B | Int./Div. | K | T | | | | | |
| 74.  - Visa Inc | A | Dividend | K | T | | | | | |
| 75.  - Waste Management Inc | A | Dividend | J | T | | | | | |
| 76.  - Wells Fargo Bond 2.55% 12-7-20 | A | Interest | | | Matured | 12/07/20 | J | A | |
| 77.  - Wells Fargo Bond 3% 1-22-21 | A | Interest | J | T | | | | | |
| 78.  - Yum Brands Inc | A | Dividend | J | T | | | | | |
| 79.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 80.  - Apple Inc. | | None | | | Closed | 01/01/20 | J | A | |
| 81.  - Fidelity Blue Chip Growth | | None | | | Closed | 01/01/20 | J | A | |
| 82.  - Fidelity Blue Chip Value | | None | | | Closed | 01/01/20 | J | A | |
| 83.  - Fidelity Capital & Income | | None | | | Closed | 01/01/20 | J | A | |
| 84.  - Fidelity Cash Fund | | None | | | Closed | 01/01/20 | J | A | |
| 85.  - Fidelity Conservative Income | | None | | | Closed | 01/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Fidelity High Income | | None | | | Closed | 01/01/20 | J | A | |
| 87.   - Fidelity Select Consumer Discr. | | None | | | Closed | 01/01/20 | J | A | |
| 88.   - Fidelity Select Healthcare | | None | | | Closed | 01/01/20 | J | A | |
| 89.   - Fidelity Short Term Bond | | None | | | Closed | 01/01/20 | J | A | |
| 90.   - Fidelity Utilities ETF | | None | | | Closed | 01/01/20 | J | A | |
| 91.   - S&P Midcap 400 | | None | | | Closed | 01/01/20 | J | A | |
| 92.   - Vanguard Wellesley Income | | None | | | Closed | 01/01/20 | J | A | |
| 93.   BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 94.   - Apple Inc. | A | Dividend | K | T | | | | | |
| 95.   - Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 96.   - Fidelity Blue Chip Value | A | Dividend | J | T | | | | | |
| 97.   - Fidelity Capital & Income | A | Int./Div. | J | T | | | | | |
| 98.   - Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 99.   - Fidelity Conservative Income | A | Int./Div. | J | T | | | | | |
| 100.   - Fidelity High Income Fund | A | Int./Div. | J | T | | | | | |
| 101.   - Fidelity Investment Grade Bond Fund | A | Interest | J | T | Buy | 10/09/20 | J | | |
| 102.   - Fidelity Select Consumer Discr. | A | Dividend | | | Sold | 06/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 104.   - Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 105.   - Paychex Inc. | A | Dividend | | | Sold | 02/28/20 | J | A | |
| 106.   - S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 107.   BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 108.   - Alphabet | | None | J | T | Sold (part) | 09/09/20 | K | D | |
| 109.   - Amazon.com | | None | K | T | | | | | |
| 110.   - AT&T | A | Dividend | J | T | Buy | 06/15/20 | J | | |
| 111.   - Caterpillar Inc | A | Dividend | J | T | | | | | |
| 112.   - Enterprise Products LP | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 113.   - Facebook | | None | K | T | | | | | |
| 114.   - Fidelity Blue Chip Value | A | Dividend | J | T | | | | | |
| 115.   - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 116.   - Fidelity High Income Bond Fund | A | Interest | K | T | Buy | 09/09/20 | K | | |
| 117.   - Fidelity Select Healthcare | A | Dividend | J | T | | | | | |
| 118.   - Fidelity Total Bond | B | Interest | K | T | | | | | |
| 119.   - Invesco QQQ Trust | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Lockheed Martin Corp | A | Dividend | K | T | | | | | |
| 121.  - Magellan Midstream Partners | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 122.  - Matthews Asia Growth Investor | A | Dividend | J | T | | | | | |
| 123.  - Purefunds Cyber Security ETF | A | Dividend | K | T | | | | | |
| 124.  - Vanguard Dividend Growth | A | Dividend | K | T | | | | | |
| 125.  - Ventas Inc. | A | Dividend | J | T | | | | | |
| 126.  - Winnebago Industries | A | Dividend | K | T | | | | | |
| 127.  BROKERAGE ACCOUNT #6 (H) | | | | | | | | | |
| 128.  - Alibaba | | None | K | T | Buy | 11/17/20 | K | | |
| 129.  - Caterpillar | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 130.  - Disney Walt Co. | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 131.  - Fidelity Advisor Convertible Bond Fund | D | Int./Div. | L | T | Buy | 11/17/20 | L | | |
| 132.  - Fidelity Advisor Growth Opportunities | C | Dividend | L | T | Buy | 11/17/20 | L | | |
| 133.  - Fidelity Advisor Total Bond Fund | A | Interest | M | T | Buy | 11/17/20 | M | | |
| 134.  - Fidelity Cash Reserves | A | Interest | J | T | Buy | 11/17/20 | J | | |
| 135.  - Fidelity Capital & Income | A | Int./Div. | L | T | Buy | 11/17/20 | L | | |
| 136.  - Fidelity Emerging Markets | A | Dividend | K | T | Buy | 11/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Fidelity High Income Bond Fund | A | Interest | L | T | Buy | 11/17/20 | L | | |
| 138.   - Fidelity Investment Grade Bond Fund | A | Interest | L | T | Buy | 11/17/20 | L | | |
| 139.   - Fidelity Select Healthcare | D | Dividend | M | T | Buy | 11/17/20 | M | | |
| 140.   - Fidleity Short Term Bond Fund | A | Interest | K | T | Buy | 11/17/20 | K | | |
| 141.   - Fidelity Utilities ETF | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 142.   - Lockheed Martin Corp. | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 143.   - Market Vectors Gaming ETF | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 144.   - Matthews Asia Growth Investor | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 145.   - Oakmark International Fund | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 146.   - S&P Mid Cap 400 ETF | A | Dividend | L | T | Buy | 11/17/20 | L | | |
| 147.   - SPDR Financial Sector ETF | A | Dividend | L | T | Buy | 11/17/20 | K | | |
| 148.   - SPDR Industrial ETF | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 149.   - SPDR S&P Homebuilders ETF | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 150.   - SPDR Gold Trust | | None | J | T | Buy | 11/17/20 | J | | |
| 151.   - Takeda Pharmaceutical Common Stock | A | Dividend | K | T | Open | 10/08/20 | K | | |
| 152.   - Vanguard Dividend Growth Fund | A | Dividend | K | T | Buy | 11/17/20 | K | | |
| 153.   - Waste Maanagement Inc. | A | Dividend | K | T | Buy | 11/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 07/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 155.  - First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 156.  IL Bright Directions 529 Plan #2 - Fund 60A | A | Int./Div. | | | Closed | 12/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cox, Susan E.** | 07/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan E. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544